AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Tracy A. Jenson

v.

National Air Traffic Controllers Association, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-069-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion to Dismiss here is by granted.  Plaintiff's Motion to Remand is hereby Denied.  Judgment is hereby entered in favor of Defendants.

| | |
|---|---|
| September 7, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |